**IT IS ORDERED as set forth below:**



**Date: May 15, 2018**

*Michele J. Kim*

United States Bankruptcy Judge
Southern District of Georgia

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE:                                    )
                                          )
SHONDA LOVE WHITE                         )    Chapter 13
11702 LAKE FALLS DR                       )    Case No. 17-40856-MJK
#401                                      )
CHESTER, VA 23831                         )
                                          )
                Debtor(s)                 )

ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS
OR IN THE ALTERNATIVE TO DISMISS

Upon having read and considered the Trustee's Motion to Increase Payments or in the alternative to dismiss,

IT IS HEREBY ORDERED:

That Debtor's plan payments be increased to *$1,289 beginning May 2018.*    JWN
5-8-2018

**[END OF DOCUMENT]**

Prepared by:

s/ Laura Griffka, Staff Attorney

Laura Griffka, Staff Attorney
Office of the Chapter 13 Trustee
Georgia Bar No. 312055
P.O. Box 10556
Savannah, Georgia 31412
(912)234-5052

Consented to by:

Attorney for the Debtor
SHARI L SMITH & ASSOCIATES   Bar #
663376
912-369-7181
586 W OGLETHORPE HIGHWAY
HINESVILLE, GA 31313

Debtor

Debtor

#123