IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of | ) |
| | ) |
| SHONDA LOVE WHITE | )   Chapter 13 Case No. 17-40856-MJK |
| 11702 LAKE FALLS DR | ) |
| #401 | ) |
| CHESTER, VA  23831 | ) |
| | ) |
| Debtor(s) | |

## MOTION TO DISMISS

COMES NOW, O. Byron Meredith III, Chapter 13 Trustee and shows that the above-named debtor is in default under the terms of his confirmed Chapter 13 plan in the amount and as of the date shown below.

| | |
|---|---|
| Amount of Default: | $3667.00 |
| As of: | July 16, 2018 |
| Date of Last Payment: | June 06, 2018 |

WHEREFORE, said Trustee moves to dismiss the case for failure to make promised payments of $1289.00 MONTHLY.

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

## NOTICE ON MOTION

Pursuant to direction by the court, notice is hereby given that unless the debtor pays the arrearage in full or requests a hearing in writing showing good cause concerning this motion within twenty-one (21) days of the date shown below, the case shall be dismissed.  COUNSEL IS ADVISED TO COMPLY WITH BANKRUPTCY RULE 9011 IN FILING ANY SUCH REQUEST.

I certify that copies of this motion and notice have been served upon the above-named debtor(s) and the parties listed below. Unless otherwise noted below, service was made by first-class United States Mail, postage prepaid, this  16 day of July, 2018.

s/ O. Byron Meredith III
O. Byron Meredith III
Georgia Bar # 002330
P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

SHARI L SMITH & ASSOCIATES
By Electronic Noticing

United States Bankruptcy Court For the Southern District of Georgia
O. Byron Meredith III, Chapter 13 Trustee

PAGE 2

STATUS OF CLAIMS AS OF 07/16/2018

Atty: Laura Grifka

| 17-40856-MJK | SHONDA LOVE WHITE |
| | 11702 LAKE FALLS DR |
| | #401 |
| | CHESTER, VA 23831 |

ATTY: SHARI L SMITH & ASSOCIATES
TRUSTEE 10.0%

LAST 5 PMTS

| FILED | 06/07/2017 | IC 18.19% AT $1,289.00 / M | MOS 60 | 06/06/2018 | 200.00 | PAID IN | | 8,749.00 |
| FIRST MTG | 07/27/2017 | DIRECT PAY | | 03/21/2018 | 500.00 | SHORTAGE | | |
| CONFIRMED | 12/12/2017 | | | 02/14/2018 | 700.00 | DELQ | 3,667.00 | |
| MODIFIED | | Bar Date | 10/25/2017 | 02/14/2018 | 800.00 | PLAN BASE | | 64,074.00 |
| MONTHS REMAINING 47 | | Gov Bar Date | 12/04/2017 | 12/27/2017 | 525.00 | CLM-TOT | | 70,194.58 |
| | | R/E Equity | 1.00 | | | | | |
| | | R/E Exemption | $1.00 | | | | | |
| | | PP Equity | $1.00 | | | | | |

| | CURRENT CLAIM HOLDER | CLM | | SCHLD | DISB | | PAID BY | INTEREST | | |
| NUMBER | NAME | # | CLS | PYMT | CODE | Debt | TRUSTEE | PAID | CLAIMED | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | ANESTHESIA CONSULTANTS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CENTURY LINK | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | DFAS | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | MEMORIAL HEALTH | | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 0.00 | NOT PAID |
| | CAPITAL ONE AUTO FINANCE | 00001 | SEC | 210.00 | H06 | 10,205.00 | 1,191.57 | 290.35 | 10,205.00 | 9,013.43 |
| | W. S. BADCOCK CORPORATION | 00002 | SEC | 7.55 | S06 | 400.00 | 17.72 | 5.01 | 400.00 | 382.28 |
| | SFC-CENTRAL BANKRUPTCY | 00003 | UNS | 0.00 | U42 | 221.20 | 0.00 | 0.00 | 1,216.06 | 221.20 |
| | NAVY FEDERAL CREDIT UNION | 00004 | UNS | 0.00 | U42 | 813.63 | 0.00 | 0.00 | 4,472.94 | 813.63 |
| | GROW FINANCIAL FEDERAL CREDIT UN | 00005 | SEC | 193.69 | H06 | 10,393.52 | 1,123.85 | 254.74 | 10,393.52 | 9,269.67 |
| | NAVY FEDERAL CREDIT UNION | 00006 | UNS | 0.00 | U99 | 0.00 | 0.00 | 0.00 | 4,106.73 | NOT PAID |
| | UROLOGICAL ASSOCIATES OF SAVANN | 00007 | UNS | 0.00 | U42 | 88.39 | 0.00 | 0.00 | 485.94 | 88.39 |
| | PORTFOLIO RECOVERY ASSOCIATES LI | 00008 | UNS | 0.00 | U42 | 1,089.36 | 0.00 | 0.00 | 5,988.80 | 1,089.36 |
| 215108 | INTERNAL REVENUE SERVICE | 00009 | PRI | 0.00 | P32 | 20,616.83 | 1,828.92 | 0.00 | 20,616.83 | 18,787.91 |
| | LVNV FUNDING, LLC | 00010 | UNS | 0.00 | U42 | 190.13 | 0.00 | 0.00 | 1,045.26 | 190.13 |
| | NAVIENT SOLUTIONS, INC. | 00011 | UNS | 0.00 | U42 | 5,186.97 | 0.00 | 0.00 | 28,515.48 | 5,186.97 |
| 961973 | PORTFOLIO RECOVERY ASSOCIATES | 00012 | UNS | 0.00 | U42 | 93.71 | 0.00 | 0.00 | 515.19 | 93.71 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 00013 | UNS | 0.00 | U42 | 48.48 | 0.00 | 0.00 | 266.54 | 48.48 |
| | SYNCHRONY BANK | 00014 | UNS | 0.00 | U42 | 87.83 | 0.00 | 0.00 | 482.85 | 87.83 |
| | MIDLAND CREDIT MANAGEMENT,INC | 00015 | UNS | 0.00 | U42 | 98.03 | 0.00 | 0.00 | 538.94 | 98.03 |
| | COMENITY CAPITAL BANK/PAYPAL CRE | 00016 | UNS | 0.00 | U42 | 160.98 | 0.00 | 0.00 | 884.99 | 160.98 |
| | GEORGIA DEPARTMENT OF REVENUE | 00017 | PRI | 0.00 | P32 | 8,170.00 | 157.10 | 0.00 | 8,170.00 | 8,012.90 |
| 215108 | INTERNAL REVENUE SERVICE | 01009 | UNS | 0.00 | U42 | 1,414.21 | 0.00 | 0.00 | 7,774.66 | 1,414.21 |
| | CAPITAL ONE AUTO FINANCE | 10001 | UNS | 0.00 | U42 | 466.58 | 0.00 | 0.00 | 2,565.03 | 466.58 |
| | W. S. BADCOCK CORPORATION | 10002 | UNS | 0.00 | U42 | 374.78 | 0.00 | 0.00 | 2,060.34 | 374.78 |
| 900018 | CLERK OF U S BANKRUPTCY CRT | 991 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | PAID O/S |
| 937261 | CLERK U S BANKRUPTCY COURT | 994 | AA | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | PAID OUT |
| 401015 | SHARI L SMITH & ASSOCIATES | 999 | LP | 0.00 | | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | PAID OUT |
| | TRUSTEE FEE | | TRU | | | 7,074.95 | 874.90 | | 7,074.95 | 6,200.05 |

| | SECURED | PRIORITY | UNSECURED | ADMIN | ATTY | OTHER | INTEREST | UNDISBURSED |
|---|---|---|---|---|---|---|---|---|
| DEBT | 20,998.52 | 28,786.83 | 60,919.75 | 7,074.95 | 3,000.00 | 0.00 | | |
| PAID | 2,333.14 | 1,986.02 | 0.00 | 874.90 | 3,000.00 | 0.00 | 550.10 | 4.84 |
| BALANCE | 18,665.38 | 26,800.81 | 10,334.28 | 6,200.05 | 0.00 | 0.00 | BALANCE | 61,995.68 |

(THIS IS NOT A PAYOFF BALANCE)
AT 07/16/2018