# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Shonda Love White**<br>    Debtor | Case No.:   17–40856–MJK<br>Judge:   Michele J. Kim<br>Chapter:   13 |

### ORDER DISMISSING CASE

The Chapter 13 Trustee, having filed a Motion to Dismiss the captioned case, and debtor(s) having shown no sufficient cause why such relief should not be granted,

IT IS HEREBY ORDERED that said case is dismissed by reason of debtor(s) material default in the performance of the confirmed plan.

All stays are lifted and creditors are at liberty to pursue their legal remedies.



Michele J. Kim
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated **August 17, 2018**

*13–07[Rev. 07/05]* **APR**